YOUNG CHO
ATTORNEY AT LAW: 189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
562/868-5886
FAX: 562/868-5491

ATTORNEY FOR PLAINTIFF
LAURA L. JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA L. JOHNSON, | ) Case No.: 1:09-CV-00629-SMS |
| Plaintiff, | ) ORDER RE STIPULATION TO DISMISS |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter without prejudice.

**Dated:   November 30, 2009**              **/s/ Sandra M. Snyder**

**UNITED STATES MAGISTRATE JUDGE**

-1-

PDF created with pdfFactory trial version www.pdffactory.com